# United States Bankruptcy Court

Middle District of Tennessee
Case No. **3:07−bk−07422**
**Chapter 13**

In re:
   DOUGLAS S SWENSON                     KAREN DENISE SWENSON
   3309 VESTRY AVENUE                 3309 VESTRY AVENUE
   MURFREESBORO, TN 37129         MURFREESBORO, TN 37129

Social Security No.:
   xxx−xx−6023                                xxx−xx−1616

Employer's Tax I.D. No.:

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Agreement 3001 (e) 2 Transferor: Wells Fargo Financial Bank (Claim No. 3) To ECAST SETTLEMENT CORPORATION (RE: related document(s)[41], [42]) (slw)

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

                                                   MATTHEW T. LOUGHNEY
                                                   Clerk

                                                   BY: /s/ slw
                                                   Deputy Clerk

Dated: <u>10/17/08</u>