B 210A (Form 210A) (12/09)

FILED
2012 SEP -5 AM 7:42
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN

# UNITED STATES BANKRUPTCY COURT

Middle District of Tennessee

In re  DOUGLAS S SWENSON_____,     Case No.  07-07422_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NCB Management Services, Inc.___ | HSBC Taxpayer Financial Services___ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
One Allied Drive
Trevose, PA 19053

Court Claim # (if known):  ____6____
Amount of Claim:  ____$277.59____
Date Claim Filed:  ____10/17/2007____

Phone:  800-828-1100 ext 1197_____
Last Four Digits of Acct #: _____

Phone:  610-710-5312_____
Last Four Digits of Acct. #:  ⌀237____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date:_____8/16/12_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.